UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MICHAEL W. OLDFIELD, et al.,

                        Plaintiffs,

                                                           ORDER

                                                           06-CV-6487L

            v.

VILLAGE OF DANSVILLE, et al.,

                        Defendants.
_____

       On January 5, 2007, plaintiffs moved to amend to complaint pursuant to FED. R. CIV. P. 15(a). All defendants have informed the Court that they do not oppose plaintiffs' motion.

       Plaintiffs' motion to amend (Dkt. #16), therefore, is **GRANTED.** Plaintiffs' amended complaint should be filed on or before **February 16, 2007.**

       By letter dated January 31, 2007, defendant County of Livingston has agreed to withdraw its pending motion to dismiss. The Clerk of the Court is directed to terminate defendant's motion (Dkt. #9).

       IT IS SO ORDERED.

                                                  _____
                                                    DAVID G. LARIMER
                                                   United States District Judge

Dated: Rochester, New York
       February 5, 2007.